MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WASBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4801
    E-Mail: David.Priddy@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARISA DESMOND,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 2:24-cv-02469-CSK<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Commissioner will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

STIPULATION TO REMAND

Dated:  February 5, 2025                         /s/ Francesco Benavides*
                                                 FRANCESCO P. BENAVIDES
                                                 Attorney for Plaintiff
                                                 *Authorized via e-mail on February 5, 2025

                                                 MICHELE BECKWITH
                                                 Acting United States Attorney
                                                 MATHEW W. PILE
                                                 Associate General Counsel
                                                 Social Security Administration

                                         By:     /s/ David Priddy
                                                 DAVID PRIDDY
                                                 Special Assistant United States Attorney

                                                 Attorneys for Defendant

## [PROPOSED] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

DATED:   February 6, 2025

                                                 HON. CHI SOO KIM
                                                 UNITED STATES MAGISTRATE JUDGE

5, desm.2469.24

STIPULATION TO REMAND